John Marvin OVERMAN, Jr., Plaintiff—Appellant,

v.

Theodis BECK, Secretary of North Carolina Prisons; Juanita H. Baker, North Carolina Parole Chairman, Defendants—Appellees.

No. 07–6341.

United States Court of Appeals, Fourth Circuit.

Submitted: July 18, 2007.

Decided: July 25, 2007.

John Marvin Overman, Jr., Appellant Pro Se. Elizabeth F. Parsons, North Carolina Department Of Justice, Raleigh, North Carolina, for Appellees.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Marvin Overman, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Overman v. Beck*, No. 5:05–ct–00687–BO (E.D.N.C. Feb. 27, 2007). We dispense with oral argument because the facts and

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*